# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FRED KRAUTKRAMER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YAMAHA MOTOR CORPORATION, U.S.A., INC.,<br><br>Defendant. | Case No.: 0:19-CV-02559-DWF-BRT<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Bryan R. Freeman, Thomas R. Pack and Robert J. Koneck, shall appear as counsel of record for Defendant Yamaha Motor Corporation, U.S.A., Inc. in this case.

Dated:  December 3, 2019         **MASLON LLP**

By: *s/ Thomas R. Pack*
    Bryan R. Freeman (#0387154)
    Thomas R. Pack (#0398897)
    Robert J. Koneck (#0397535)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200
Email:  bryan.freeman@maslon.com
        thomas.pack@maslon.com
        bob.koneck@maslon.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**

Theane D. Evangelis (*pro hac vice* submitted herewith)
Timothy W. Loose (*pro hac vice* submitted herewith)

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7746
Email:   tevangelis@gibsondunn.com
             tloose@gibsondunn.com

**ATTORNEYS FOR DEFENDANT YAMAHA MOTOR CORPORATION, U.S.A., INC.**