IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH McQUEEN and FRED KRAUTKRAMER, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>      Defendant. | Civ. No.: 19-cv-2559 (DWF/BRT)<br><br>**RULE 7.1(f) CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

  I, David A. Goodwin, certify that Plaintiffs' Memorandum of Law in Opposition to Defendant Yamaha Motor Corporation, U.S.A.'s Motion to Dismiss The Second Amended Class Action Complaint complies with Local Rule 7.1(f).

  I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

  I further certify that the above referenced memorandum contains 6,201 words, exclusive of the caption and signature block.

Dated:  March 16, 2020          Respectfully submitted,

                    **GUSTAFSON GLUEK PLLC**

              By: s/ *David A. Goodwin*
                 David A. Goodwin (#386715)

1

Daniel C. Hedlund (#258337)
Ling S. Wang (#399447)
Mickey L. Stevens (#398549)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Facsimile: (612) 339-6622
dgoodwin@gustafsongluek.com
dhedlund@gustafsongluek.com
lwang@gustafsongluek.com
mstevens@gustafsongluek.com

Matthew D. Schelkopf
(admitted *pro hac vice*)
Joseph B. Kenney
(admitted *pro hac vice*)
**SAUDER SCHELKOPF**
555 Lancaster Avenue
Berwyn, PA 19312
Tel: (610) 200-0581
Facsimile: (610) 421-1326
mds@sstriallawyers.com
jbk@sstriallawyers.com

*Attorneys for Plaintiffs*