IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH McQUEEN and FRED KRAUTKRAMER, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>      Defendants. | Civ. No.: 19-cv-2559 (DWF/BRT)<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT** |

  WHEREAS, on January 15, 2020, Plaintiffs Zach McQueen and Fred Krautkramer (collectively, "Plaintiffs"), filed a Second Amended Complaint [Dkt. No. 21];

  WHEREAS, on October 5, 2020, Defendant Yamaha Motor Corporation, U.S.A, ("Defendant" or "Yamaha"), filed an Answer to the Amended Complaint [Dkt. No. 48];

  WHEREAS, on October 26, 2020, the Court entered an Amended Pretrial Scheduling Order [Dkt. No. 53], setting a deadline for Plaintiffs to add additional parties and claims by January 4, 2021;

  WHEREAS, on January 4, 2021, Plaintiffs filed a Motion for Leave to File a Third Amended Complaint, along with supporting documentation [Dkt. Nos. 55–59];

  WHEREAS, on January 11, 2021, the Court held a telephonic meeting to discuss the proposed Third Amended Complaint, where the parties agreed to stipulate to its filing and render moot Plaintiffs' Motion for Leave [Dkt. Nos. 55–59];

THEREFORE, Plaintiffs and Yamaha hereby stipulate to Plaintiffs filing the proposed **Third Amended Complaint** pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Dated: January 15, 2021                                       Respectfully submitted,

                                                        **GUSTAFSON GLUEK PLLC**

By:   s/ *David A. Goodwin*
       David A. Goodwin (#386715)
       Daniel C. Hedlund (#258337)
       Ling S. Wang (#399447)
       Canadian Pacific Plaza
       120 South Sixth Street, Suite 2600
       Minneapolis, Minnesota 55402
       Tel: (612) 333-8844
       Facsimile: (612) 339-6622
       dgoodwin@gustafsongluek.com
       dhedlund@gustafsongluek.com
       lwang@gustafsongluek.com

       Matthew D. Schelkopf
       (admitted *pro hac vice*)
       Joseph B. Kenney
       (admitted *pro hac vice*)
       **SAUDER SCHELKOPF**
       1109 Lancaster Avenue
       Berwyn, PA 19312
       Tel: (610) 200-0581
       Facsimile: (610) 421-1326
       mds@sstriallawyers.com
       jbk@sstriallawyers.com

       *Attorneys for Plaintiffs*


                                                      **GIBSON, DUNN & CRUTCHER LLP**

Dated: January 15, 2021        By:   s/ *Timothy W. Loose*
                                                      Timothy W. Loose (*pro hac vice*)
                                                      tloose@gibsondunn.com

Theane Evangelis (*pro hac vice*)
tevangelis@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

**MASLON LLP**
Bryan R. Freeman (MN #0387154)
bryan.freeman@maslon.com
Thomas R. Pack (MN #0398897)
thomas.pack@maslon.com
3300 Wells Fargo Center
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Telephone: (612) 672-8344
Facsimile: (612) 642-8344

*Attorneys for Defendant*
*Yamaha Motor Corporation, U.S.A.*