IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH McQUEEN and FRED KRAUTKRAMER, individually and on behalf of others similarly situated,<br><br>                         Plaintiffs,<br><br>vs.<br><br>YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>                         Defendants. | Civ. No.: 19-cv-2559 (DWF/BRT)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT** |

Based on the parties' Stipulation, **IT IS HEREBY ORDERED** that Plaintiffs may file a Third Amended Complaint.

Dated: _____
                                                                                   HONORABLE DONOVAN W. FRANK