UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH McQUEEN and FRED KRAUTKRAMER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>Defendant. | Civ. No. 19-2559 (DWF/BRT<br><br>**ORDER ON STIPULATION** |

This matter is before the Court on the parties' Stipulation to File Amended Complaint. (Doc. No. 61.) IT IS HEREBY ORDERED that Plaintiffs may file a Third Amended Complaint within 7 days of this Order.

Date: January 19, 2021

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge