

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 B STREET
17TH FLOOR
SAN DIEGO, CA 92101

**DAVID A. GOODWIN**
dgoodwin@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

February 9, 2021

**VIA ECF**
The Honorable Becky R. Thorson
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      RE:    <u>*Krautkramer et al. v. Yamaha Motor Corporation, U.S.A., Inc.*</u>
               **Case No. 19-cv-2559 (DWF/BRT)**

Dear Judge Thorson:

      I write regarding the upcoming settlement conference in the above-referenced matter. During the parties' meet and confer process, we discussed the logistics of the settlement conference.

      The parties hereby jointly request that the counsel remain present via video conference and that the respective clients remain available by telephone and email as needed throughout the conference. The parties believe this arrangement will facilitate efficient communications while reducing the burden on all of the clients. Please advise if this proposal is acceptable to the Court.

                                         Sincerely,

                                         GUSTAFSON GLUEK PLLC

                                         David A. Goodwin

DAG/cmn