# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH McQUEEN, FRED KRAUTKRAMER, KYLE PRICE, CHRIS BURLING, AND CHRIS SMALLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>Defendant. | Civ. No. 0:19-cv-2559 (DWF/BRT)<br><br>CLASS ACTION |

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs hereby voluntarily dismiss this action **with prejudice**.

Dated: 3/15/2021        GUSTAFSON GLUEK PLLC

               _/ s / David A. Goodwin_

               *Attorney for Plaintiffs*